THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSIVA VADELLA | : |
| Plaintiff | : |
| v. | : 3:12-cv-0851 |
| | : (JUDGE MARIANI) |
| CAPITAL ONE BANK (USA) N.A. | : |
| Defendant | : |

## ORDER

**September 27, 2012**

### BACKGROUND

A Case Management Conference was conducted in the above-captioned matter on September 25, 2012. Participating on behalf of Plaintiff was Brett M. Freeman, Esq. Participating on behalf of Defendants were Laura A. Lange, Esq., Ross. S. Enders, Esq., and Christine M. Debevec, Esq.

The purpose of this Order is to set forth the pre-trial schedule established as a result of the conference.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. All fact discovery shall be completed on or before **February 1, 2012**.

2. All dispositive motions along with supporting briefs shall be filed no later than **February 16, 2013**.

3. Final date for the joining of additional parties is **January 2, 2013**.

4. Final date for amendment of pleadings is **January 2, 2013**.

5. A pretrial conference and trial date will be scheduled in a future order.

6. Plaintiff is entitled to 50 document production requests, 50 requests for admission, 25 interrogatories, and 10 depositions. Defendant is entitled to 25 document production requests, 25 requests for admission, 25 interrogatories, and 5 depositions. All other discovery shall be conducted in accordance with the Federal and Local Rules.

7. No discovery motion shall be filed until after the disputing parties have conferred with the Court in an effort to resolve the discovery dispute. The discovery conference with the Court may be conducted by telephone at the request of any of the disputing parties.

8. On the date of the close of fact based discovery, Plaintiff shall provide the Court with a written report concerning the status of discovery and whether the parties have agreed to refer this matter to mediation under the Local Rules of Court.

Robert D. Mariani
United States District Judge